UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|                                              | ( |                    |
|----------------------------------------------|---|--------------------|
| In re:                                       | ) | Case no. 16-10026  |
|                                              | ( |                    |
| Edgard Vasques de Miranda Neto,              | ) | Chapter 7          |
|                                              | ( |                    |
| Debtor                                       | ) |                    |

02/03/2016 OVERRULED.

[Signature in left margin]

## OPPOSITION TO CREDITOR'S MOTION TO EXTEND

1. The creditor, Romildo C. de Souza ("Creditor"), respectfully requests that the Court **DENY** the third motion by the debtor, Edgard de Miranda Neto ("Debtor") for an extension of the deadline for filing his schedules. As grounds for this opposition, the Creditor states as follows:

2. The Debtor filed bankruptcy just as the Middlesex County Sheriff was in the process of bringing him into court to answer for a default judgment. The Creditor attaches a copy of the capias warrant as Exhibit A.

3. The Debtor is represented by counsel, and was responsible for filing bankruptcy in good faith. If the Debtor cannot or will not put his cards on the table as to his financial affairs, and cannot or will not comply with repeated opportunities from the Court to file his schedules, then the Court may reasonably question whether the Debtor filed in good faith.

4. The Debtor's attorney stated that he has agreed with the Chapter 7 Trustee to continue the creditors' meeting from February 9 to March 10. To the Creditor's knowledge, no creditors were consulted concerning this decision. The Creditor's attorney will be representing a defendant at a criminal jury trial in Malden on March 10, and could not attend the rescheduled creditors' meeting.