UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

In Re:

EDGAR VASQUEZ DEMIRANDA NETO,

Debtor

Case No. 16-10026-MSH
Chapter 7

## DEBTOR'S MOTION TO FILE AMENDED MATRIX

Edgar Vasquez DeMiranda Neto, the Chapter 7 debtor (the "Debtor"), hereby moves the Court, pursuant to Federal Bankruptcy Rule 1009(A), for an Order allowing the Debtor to file an Amended Matrix, in form similar to the Amended Matrix filed along herewith.

In support hereof, the Debtor states as follows:

1. The Amendment is dated February 19, 2016.

2. The purpose of the Amendment is to add the following creditors:

    Elza G. Cadet
    154 Summer Street
    Medford, MA 02155

    Mauricio Ortiz
    133B Broadway
    Somerville, MA 02145

    Jorge H Paguada
    Rudis Paguada
    156 Chester Avenue
    Chelsea, MA 02150

    Rita Pina Medina
    534 Revere Street #3
    Revere, MA 02151

    Saul Mejia

57 Webster Avenue, Apt #2
Somerville, MA 02143

Anne Vovoles
53 Cedar Street #3213
Woburn, Ma 01801

Mayada Guzman
83 Cabot Street
Beverly, MA 01915

Maloney Properties, Inc.
27 Mica Lane
Wellesley, MA 02481

WHEREFORE, the Debtor respectfully requests that the Court enter an Order allowing the

Debtor to file an Amended Matrix, in form similar to the Amended Matrix filed along herewith, and

granting such additional relief as the Court deems just and proper.

EDGAR VASQUEZ DEMIRANDA NETO
By his attorney,


/s/ George J. Nader
_____
George J. Nader
  BBO #549149
Riley & Dever, P.C.
210 Broadway, Suite 101
Lynnfield, MA 01940-2351
(781) 581-9880
nader@rileydever.com

Dated: February 19, 2016

2

**AMENDED CREDITOR MATRIX**

**(Added Creditor(s) Only)**

Elza G. Cadet
154 Summer Street
Medford, MA 02155

Mauricio Ortiz
133B Broadway
Somerville, MA 02145

Jorge H Paguada
Rudis Paguada
156 Chester Avenue
Chelsea, MA 02150

Rita Pina Medina
534 Revere Street #3
Revere, MA 02151

Saul Mejia
57 Webster Avenue, Apt #2
Somerville, MA 02143

Anne Vovoles
53 Cedar Street #3213
Woburn, Ma 01801

Mayada Guzman
83 Cabot Street
Beverly, MA 01915

Maloney Properties, Inc.
27 Mica Lane
Wellesley, MA 02481

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | | |
|---|---|---|
| In Re: | ) ) ) | Case No. 16-10026-MSH |
| EDGAR VASQUEZ DEMIRANDA NETO, | ) ) | Chapter 7 |
| Debtor | ) ) | |

### **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Dated: February 19, 2016                    /s/ Edgar Vasquez DeMiranda Neto
                                            _____
                                            Edgar Vasquez DeMiranda Neto

4

## **CERTIFICATE OF SERVICE**

    I, George J. Nader, do hereby certify that I have this day served a copy of the **DEBTOR'S MOTION TO FILE AMENDED MATRIX,** and **AMENDED MATRIX,** by first class mail, postage prepaid to individuals on the attached Service List and/or by electronic mail on all ECF registered users.

                                           EDGAR VASQUEZ DEMIRANDA NETO
                                           By his attorney,

                                           /s/ George J. Nader
                                           _____
                                           George J. Nader
                                            BBO #549149
                                           Riley & Dever, P.C.
                                           210 Broadway
                                           Suite 101
                                           Lynnfield, MA 01940-2351
                                           (781) 581-9880
                                           nader@rileydever.com

Dated: February 19, 2016

**Service List**

John Fitzgerald, United States Trustee
Office of the United StatesTrustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Mark G. DeGiacomo, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110

Peter Cole, Esq.
Law Offices of Peter Cole
70 Hichborn Street, Unit 2C
Brighton, MA 02135

James J. McNulty, Esq.
40 Court Street
Suite 1150
Boston, MA 02108

Elza G. Cadet
154 Summer Street
Medford, MA 02155

Mauricio Ortiz
133B Broadway
Somerville, MA 02145

Jorge H Paguada
Rudis Paguada
156 Chester Avenue
Chelsea, MA 02150

Rita Pina Medina
534 Revere Street #3
Revere, MA 02151

Saul Mejia
57 Webster Avenue, Apt #2
Somerville, MA 02143

Anne Vovoles
53 Cedar Street #3213

Woburn, Ma 01801

Mayada Guzman
83 Cabot Street
Beverly, MA 01915

Maloney Properties, Inc.
27 Mica Lane
Wellesley, MA 02481

7