Michael Satterwhite
The Satterwhite Law Firm, P.C.
PO Box 569 REVERE MA 02151
*Attorney for Tiago H Pereira*

|  |  |
|---|---|
| IN RE | ) <br> ) <br> ) Cause No: 16-10026 <br> ) <br> ) |
| EDGARD VASQUEZ DE MIRANDA NETO Debtor. | ) <br> ) <br> ) <br> ) |

|  |  |
|---|---|
| TIAGO H PEREIRA , | ) <br> ) |
| Plaintiff, | ) **ADVERSARY** <br> ) **PROCEEDING** |
| v. | ) **(COMPLAINT** <br> ) **OBJECTING TO** <br> ) **DISCHARGE OF DEBTS)** <br> **)** <br> ) No. 16-01081 |
| EDGARD VASQUEZ DE MIRANDA | ) <br> ) |
| Defendant. | ) |

## STIPULATION

Plaintiff Tiago H Pereira ("Plaintiff") and Defendant Edgard Vasquez

De Miranda Neto ("Defendant") jointly and mutually stipulate that judgment

shall be entered against the Defendant pursuant to 11 U.S.C. § 523(a)(2) and 11 U.S.C. § 523(6) that the judgment from Malden District Court is non-dischargeable in his bankruptcy proceedings only to the extent of $12,500 (the "Judgment").

It is stipulated and agreed that relief from stay is granted for the Judgment and the settlement enter for $12,500.00, with payments of at least $400.00 per month, starting February 01, 2017.

IT IS agreed and stipulated that if Defendant is to default under the payment plan, Plaintiff would be entitled to continue to enforce the Judgment through all possible legal procedures and Defendant shall bear the cost incurred, which shall include collection fees and attorneys' fees as well as interest at 12% per annum on the default balance.

By: /s/ Michael A. Satterwhite
Michael A. Satterwhite 686937
The Satterwhite Law Firm, P.C.
*Attorney for Plaintiff*

By: /s/ George J. Nader
George Nader
*Attorney for Defendant*

January 18, 2017

*Entered as an order of this Court*

_____
*United States Bankruptcy Judge*